**Motion Granted; Order filed February 5, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00160-CV
_____

**TRIYAR COMPANIES, LLC, TRIYAR COMPANIES, INC. FKA TRIYAR COMPANIES, LLC, SJM REALTY, LTD., AND GPM HOUSTON PROPERTIES, LTD, Appellants**

**V.**

**FIREMAN'S FUND INSURANCE COMPANY, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-47654**

---

## ORDER

The reporter's record in this case was originally due April 1, 2014. *See* Tex. R. App. P. 35.1. After being granted extensions of time to file the record, on July 24, 2014, the official court reporter, Gina Wilburn, filed 72 volumes of reporter's record covering the jury trial held between August 13, 2013, and September 18, 2013. Appellants filed their brief on November 24, 2014.

Appellee has requested and been granted two extensions of time to file its brief until March 16, 2015. The basis for the extensions was that the court reporter had not filed a supplemental reporter's record covering the bench trial on a plea to the jurisdiction held from July 26, 2013, to August 9, 2013. It had been appellee's understanding that transcriptions of both the jury trial and the bench trial would be filed. After appellants confirmed that they no longer requested the record from the bench trial, on October 6, 2014, appellee filed a request with Gina Wilburn for a supplemental reporter's record covering the bench trial. To date, the supplemental reporter's record covering the bench trial has not been filed.

On February 3, 2015, appellee filed a motion requesting an order requiring the official court reporter, Gina Wilburn, to file a supplemental reporter's record covering the bench trial held from July 26, 2013, to August 9, 2013. We **GRANT** the motion.

Accordingly, we order **Gina Wilburn**, the official court reporter, to file a supplemental reporter's record covering a bench trial on a plea to the jurisdiction from July 26, 2013, to August 9, 2013, in this case **within 30 days** of the date of this order. The supplemental record is to be filed without change to the numbering of the volumes of reporter's record previously filed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.